IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGELINA RUIZ-ROSA<br><br>Plaintiff<br><br>vs<br><br>VICTOR RIVERA-GONZALEZ, Administrator of Corrections of the Commonwealth of Puerto Rico and the conjugal partnership formed between him and his wife;<br>JOHNNY RULLAN, Secretary of the Department of Health of the Commonwealth of Puerto Rico, and the conjugal partnership formed between him and his wife;<br>AIDA GUZMAN-FONT, Chief Health Care Coordinator of the Correctional Health Services Program and the conjugal partnership formed between her and her husband;<br>HECTOR MENA, Medical Director at the Bayamón 1072 Correctional Institution and the conjugal partnership formed between him and his wife;<br>RAFAEL PICHARDO and JOHN DOE 1-2, Medical Doctors at Bayamón 1072 Correctional Institution, and the conjugal partnership formed between them and their wives;<br>JANE DOE 3, Chief Nurse at Bayamón 1072 Correctional Institution, and the conjugal partnership formed between her and her husband<br>JOHN DOE 4-6, Nurses at Bayamón 1072 Correctional Institution, and the conjugal partnership formed between them and their wives;<br>A, B, C INSURANCE COMPANIES<br>JOHN DOE 7, Superintendent at the Bayamón 1072 Correctional Institution, and the partnership formed between him and his wife;<br>JOHN DOE 8, Commander of the Guard at the Bayamón 1072 Correctional Institution, and the conjugal partnership formed between him and his wife;<br>JOHN DOE 9-11, Sergeants at the Bayamón 1072 Correctional Institution, and the conjugal partnership formed between him and his wife; IN THEIR INDIVIDUAL CAPACITIES<br><br>Defendants | CIVIL 04-1304CCC |

CIVIL 04-1304CCC                              2

## ORDER AND PARTIAL JUDGMENT

Pursuant to the Order dated March 21, 2005 (docket entry 54), which denied requests by plaintiff for extension of time to identify the John Does included in her original complaint (docket entry 23) and to extend the time to serve those unknown defendants once identified (docket entry 27); the Order entered on April 5, 2005 (docket entry 62), which once again denied a request by plaintiff for extension of time to identify the John Does (docket entry 39) as well as the accompanying request for the substitution of defendant Héctor Mena by Mr. Vinicio Almonte and for the addition of Marijulia González-Williams[1] as a defendant; and the Order issued on June 8, 2005 (docket entry 84), which denied a request for reconsideration of the April 5, 2005 Order (docket entry 62), partial judgment is hereby entered DISMISSING the following defendants from the Amended Complaint (docket entry 65): Vinicio Almonte, Celestino Flores, Antonio Castillo, María Julia Morales-Williams, SIMED, and all unknown defendants.

The only remaining defendants are Johnny Rullán, Aida Guzmán-Font and Rafael Pichardo.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on February 14, 2006.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge

---

[1] Plaintiff later referred to this putative defendant as María Julia Morales, see docket entry 66, and as such included her in the Amended Complaint.